U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 15 2008

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JULIAN A. REFFUE<br>    LA. DOC. #496856<br>VS.<br><br>LIEUTENANT TOMS, ET AL. | CIVIL ACTION NO. 08-0416<br>SECTION P<br><br>JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 14th day of July, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE